IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERT HERNANDEZ,

    Plaintiff,

v.                                                                       No. 22-cv-0792 WJ-KRS

CURRY COUNTY DETENTION CENTER,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff Albert Hernandez's Letter Regarding Civil Rights Violations (Doc. 1) (Letter). Plaintiff is detained at the Curry County Detention Center and is proceeding *pro se*. The Letter indicates he wishes to file an action regarding his conditions of confinement. The Letter includes some factual allegations, but it does not identify defendants or raise any causes of action. On October 24, 2022, the Clerk's Office mailed Plaintiff a blank civil rights complaint along with a blank *in forma pauperis* motion. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transitions for a six-month period. All filings should include the case number (No. 22-cv-0792 WJ-KRS). The failure to timely comply with both directives in this Order (*i.e.,* file a completed civil rights complaint and either prepay the filing fee or submit an *in forma pauperis* motion that attaches an inmate account statement) will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file an amended complaint using the proper civil rights form; and (2) prepay the $402 filing fee or submit an *in*

*forma pauperis* motion that attaches an inmate account statement reflecting transactions between **April 24, 2022** and **October 24, 2022**.

_____
UNITED STATES MAGISTRATE JUDGE